IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT GERALD MANNING | § | |
| v. | § | CIVIL ACTION NO. 6:04cv99 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER OF DISMISSAL

The above-entitled civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie pursuant to 28 U.S.C. § 636. Having received the Report and Recommendation of the United States Magistrate Judge, and having made a *de novo* review of the objections filed by the Plaintiff, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit.

The Court hereby adopts the Report and Recommendation as the findings and conclusions of the Court and finds that there is substantial evidence in the record to support the Commissioner's finding. It is therefore,

**ORDERED** that the above-styled case shall be and is hereby **DISMISSED** with prejudice.

All motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this 17th day of May, 2005.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**